opinion per Grosse, J., concurred in by Cox and Ellington, JJ.

[No. 39952-7-I.   Division One.   September 7, 1999.]
THE STATE OF WASHINGTON, *Respondent*, v. FELIX MICHAEL DAMON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-02425-1, Richard M. Ishikawa, J., entered December 2, 1996. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy, C.J., and Coleman, J.

[No. 41085-7-I.   Division One.   September 7, 1999.]
THOMAS F. BAKER, *Appellant*, v. AEROSPACE MACHINISTS INDUSTRIAL DISTRICT LODGE 751, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-04833-0, Philip G. Hubbard, Jr., J., entered July 7, 1997. *Affirmed* by unpublished opinion per Cox, J., concurred in by Coleman and Grosse, JJ.

[No. 41149-7-I.   Division One.   September 7, 1999.]
*In the Matter of the Marriage of* CAROLE J. LAWRENCE, *Respondent*, and E.W. REXFORD LAWRENCE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-3-01635-6, Philip G. Hubbard, Jr., J., entered July 25, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Agid, A.C.J., concurred in by Ellington and Appelwick, JJ.

[No. 41314-7-I.   Division One.   September 7, 1999.]
THE STATE OF WASHINGTON, *Respondent*, v. J.M.G., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-00614-9, Deborah Fleck, J., entered August 27, 1997. *Reversed* by unpublished per curiam opinion.